Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

DEAN SANTACROSE,

              Plaintiff,

    -against-

MERCK & CO., INC.,

             Defendant.

------------------------------- x

**Civ. No.:** 08 Civ 3069

**DECLARATION OF SERVICE AND FILING**

        Pursuant to 28 U.S.C. § 1746, JENNIFER ALPERN HECHT declares:

    1.    I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, attorneys for Defendant Merck & Co., Inc.

    2.    On March 26, 2008, the Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the United States District Court for the Southern District of New York.

    3.    On March 27, 2008, I caused a true and accurate copy of the Notice of Removal and the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on plaintiff's counsel, Ronald R.

Benjamin, Esq., Law Office of Ronald R. Benjamin, 126 Riverside Drive, P.O. Box 607, Binghamton, NY 13902-0607.

4. On March 28, 2008, the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the Supreme Court of the State of New York, County of New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jennifer Alpern Hecht